**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
MEL KLEINMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL KLEINMAN, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> SHELL FUELS #68594, a business of unknown form; TESORO SOUTH COAST COMPANY, LLC, a limited liability company; and DOES 1-10, <br><br> Defendants. | **Case No.: 8:19−cv−00502−JVS−DFM** <br><br> Judge: Hon. James V. Selna <br> Courtroom: 10C <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

///

///

- 1 -

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between TESORO SOUTH COAST COMPANY, LLC, a Delaware limited liability company, which answered for itself and the defendant identified as the non-existent legal entity "Shell Fuels #68594", and Plaintiff MEL KLEINMAN ("Kleinman"), through their respective attorneys of record, that this entire action is hereby dismissed with prejudice as to all parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), each party to bear his/her/its own attorneys' fees and costs.

DATED: June 12, 2019          **MCFARLIN LLP**

                                                          By:     /s/ Jarrod Y. Nakano
                                                                       Jarrod Y. Nakano
                                                                       Attorneys for Plaintiff
                                                                       MEL KLEINMAN

DATED: June 12, 2019          **HINSON GRAVELLE & ADAIR LLP**

                                                          By:     /s/ Douglas Gravelle
                                                                         Douglas Gravelle
                                                                       Attorneys for Defendant
                                                                       TESORO SOUTH COAST
                                                                       COMPANY, LLC

## SIGNATURE CERTIFICATION

I, Jarrod Y. Nakano hereby certify that the content of this document is acceptable to Douglas Gravelle and that I have obtained Mr. Gravelle's authorization to affix his electronic signature to this document and file this document.

Dated: June 12, 2019

                                                          By: /s/ Jarrod Y. Nakano
                                                               Jarrod Y. Nakano